1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,                        )
                                                     )
9                         Plaintiff,                 )
                                                     )
10                v.                                  )            3:10-CR-141-RCJ (RAM)
                                                     )
11   GRANT ESTES,                                    )
                                                     )
12   _____Defendant._____)

13                         **FINAL ORDER OF FORFEITURE**

14         On July 5, 2011, the United States District Court for the District of Nevada entered a

15   Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United

16   States Code, Section 2253, based upon the plea of guilty by defendant GRANT ESTES to a criminal

17   offense, forfeiting specific property alleged in the Indictment and shown by the United States to have

18   a requisite nexus to the offense to which defendant GRANT ESTES pled guilty. Docket #22.

19         This Court finds the United States of America published the notice of the forfeiture in

20   accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

21   consecutively from July 8, 2011, through August 6, 2011, further notifying all third parties of their

22   right to petition the Court. #23.

23         This Court finds no petition was filed herein by or on behalf of any person or entity and the

24   time for filing such petitions and claims has expired.

25         This Court finds no petitions are pending with regard to the assets named herein and the time

26   for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1.   Apple Macbook Laptop, Serial Number W8811VZV0P1;

2.   Data Traveler 512 MB Thumb Drive;

3.   2 Apple iBook Laptop Computers;

4.   Various Apple Laptop Charging Adaptors; and

5.   any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A(a)(5)(B) ("property").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 10th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE