UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>GRANT ESTES,<br><br>　　　　　　　　Defendant. | Case No. 3:10-cr-00141-HDM-WGC<br><br>ORDER |

　　　Before the Court is the defendant's motion for early termination of supervised release (ECF No. 43). The defendant has also filed a motion for appointment of counsel for the purposes of filing the motion for early termination, as well as a motion to seal the financial affidavit filed in support thereof. (ECF Nos. 40 & 41). The motion to seal (ECF No. 41) and motion for appointment of counsel (ECF No. 40) are GRANTED.

　　　Neither the government nor the Probation Department opposes the defendant's motion for early termination. (*See* ECF No. 46). Having considered all relevant factors as set forth in 18 U.S.C. § 3583(e)(1) and § 3553(a), the court concludes that early termination is warranted. IT IS THEREFORE ORDERED that the

defendant's motion for early termination of supervised release (ECF No. 43) is GRANTED.

IT IS SO ORDERED.

DATED: This 4th day of November, 2025.

_____
UNITED STATES DISTRICT JUDGE